## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARMEN DELIA CENTENO CORDERO

    Debtor(s)

-------------------------------------------

BPPR as Servicing agent of Oriental Bank & Trust

    Movant

Vs.

CARMEN DELIA CENTENO CORDERO
and ALEJANDRO OLIVERAS RIVERA
as DEBTOR(S) TRUSTEE

    Respondent(s)

CASE NO.  08-00151  ESL

CHAPTER  13

(X) of acts against property
    under 11 USC § 362 (d) (1)
    "CAUSE"

### NOTICE ON MOTION FOR RELIEF OF STAY UNDER 11 USC § 362

TO THE ABOVE NAMED RESPONDENT(S), CARMEN DELIA CENTENO CORDERO and ALEJANDRO OLIVERAS RIVERA:

    You are hereby notified that on   NOV 1 8 2009   the above movant filed the enclosed Motion seeking relief from the automatic stay of 11 USC § 362.

    (Service of the motion and notice shall be made within three (3) days after issuance of the notice.  A certificate of service must be filed forthwith, but not later than five (5) days after service is done.  If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance).

You must file an answer to the motion within **eleven (11) days** from the service of this notice, and serve such answer upon movant or his attorney, **CARDONA-JIMENEZ LAW OFFICE**, whose address is PO Box 9023593 San Juan, PR  00902-3593, Tels: (787) 724-1303, Fax No. (787) 724-1369.

    **IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

    If a timely answer is file, then  DEC 8 2009 , at  9:00AM  at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 RECINTO SUR., 2ND FLOOR, COURTROOM 2, OLD SAN JUAN, PR, is fixed as the time and place for the hearing on such motion.

CELESTINO MATTA-MENDEZ
Clerk of Court

By: _____

Issued:   NOV 1 8 2009