IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

CARMEN DELIA CENTENO CORDERO

Debtor(s)

Case No. 08-000151 BKT

Chapter 13

## MOTION TO RECONSIDER DISMISSAL
## AND VACATE ORDER OF DISMISSAL

**TO THE HONORABLE COURT**:

The undersigned, attorney for the above-named debtor, notifies the Court as follows,

1. An order dismissing case was entered in response to an unopposed motion filed attorney Vivian Ortiz Ponce on behalf of Banco Popular/Oriental Bank.

2. The trustee's motion was grounded on debtor's failure to make three post-petition payments that added up to $1,809.01.

3. This case was filed on 1/15/2008 and should have terminated on 1/14/2012 with a plan of $200.00 x 48 months.

4. Debtor became ill during several periods of the case and lately was on sick leave for over 6 months, reason why their sons took control of their obligations with her bankruptcy case to continue making the payments for her. In spite of their efforts the plan accumulated arrears and also the mortgage could not be paid during three months as the motion for dismissal explains.

5. Debtor did not communicate with the undersigned when they received notice of the motion to dismiss because of her emotional condition and she misplaced the notice. We were able to contact her only after the order of dismissal was entered and we learned of her by means of another client of the undersigned. As soon her sons became aware of the situation they entered into conversation with the bank and pay the amount of $2,258.93 (as is evidence in the attached page to this motion). They are will be able to pay the outstanding balance in the plan not later than August 30.

6. Debtor needs to complete her case to find a solution with respect to other numerous creditors in the Master Address List and requests to the court an opportunity to terminate her case by entering an order setting aside the order of dismissal and another order discharging her of her obligations as it was intended all along, but was not possible by debtor's difficult health

situation. If the remedy is not provided, debtor will face again an extremely heavy burden with her unpaid debts and any other alternative will be an extreme hardship for her.

## NOTICE

**TAKE NOTICE** that **within fourteen (14) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted or decided without actual hearing unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the informed above, reconsider and vacate order dismissing case.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this same date a true and exact copy of the foregoing has been field with the Clerk of the Court that will be notified to the Chapter 13 Trustee Alejandro Oliveras Rivera, attorney Vivian Ortiz Ponce, Esq., and all other appearing parties using the Court's CM/ECF system. Non appearing parties will be notified using the U. S. regular Postal Service as per Master Address List attached.

In Vega Baja, Puerto Rico, on this August 8, 2013

s/ Juan O. Calderon Lithgow
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 787-858-5476
Email: caldlithlaw@gmail.com

| | | |
|---|---|---|
| CARMEN DELIA CENTENO-CORDERO<br>PO BOX 1603<br>BARCELONETA, PR 00617 | COOPACA<br>PO BOX 1056<br>ARECIBO, PR 00613-1056 | PREPA (AEE)<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 |
| JUAN O. CALDERON-LITHGOW<br>JUAN O. CALDERON-LITHGOW<br>P.O. BOX 1710<br>VEGA BAJA, P. 00694-1710 | FEMA<br>MT. WEATHER<br>P.O. BOX 800 (AR)<br>BERRYVILLE, VA 22611-0800 | SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 |
| ARROW FINANCIAL SERVICE<br>PO BOX 21031<br>CHICAGO, IL 60678-1031 | FEMA<br>PO BOX 10055<br>HYATTSVILLE, MD 20782-7055 | US DEPARTMENT EDUC<br>PO BOX 4169<br>GREENVILLE, TX 75403-4169 |
| BANCO DE LA VIVIENDA<br>PO BOX 71361<br>SAN JUAN, PR 00936-8461 | FIRST PREMIER BANK<br>PO BOX 5519<br>SIOUX FALLS, SD 57117-5519 | WALMART<br>PO BOX 530927<br>ATLANTA, GA 30353-0927 |
| C.R.I.M.<br>P.O. BOX 195387<br>SAN JUAN, PR 00919-5387 | ISLAND CASH<br>PO BOX 931<br>MANATI, PR 00674-0931 | |
| CINGULAR WIRELESS<br>PO BOX 15067<br>SAN JUAN, PR 00902-8567 | ISLAND FINANCE<br>PO BOX 931<br>MANATI, PR 00674 | |
| CITIFINANCIAL<br>PO BOX 370<br>BARCELONETA, PR 00617 | MACYS DEPT STORE<br>PO BOX 183083<br>COLUMBUS, OH 43218-3083 | |
| CONNECTICUT ASSISTANCE<br>PO BOX 689<br>ROCKY HILL, CT 06067-3627 | ORIENTAL GROUP<br>PO BOX 71578<br>SAN JUAN, PR 00936-8678 | |
| COOP A/C MANATI<br>PO BOX 30562<br>MANATI, PR 00674 | PRASA (AAA)<br>PO BOX 14580<br>SAN JUAN, PR 00916-4580 | |

