**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**CARMEN DELIA CENTENO CORDERO**

**xxx–xx–6857**

Debtor(s)

Case No. **08–00151 BKT**

Chapter **13**

FILED & ENTERED ON 10/16/13

### *ORDER GRANTING RECONSIDERATION*

Upon debtor's(s') request for reconsideration of the order dismissing the instant case (docket entry #59), due notice having been given, there being no opposition and good cause appearing thereof, the motion is granted. The Order Dismissing the Case is vacated and set aside.

IT IS SO ORDERED.

In San Juan , Puerto Rico, this Wednesday, October 16, 2013 .

Brian K. Tester
United States Bankruptcy Court